UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| STEVEN CRAYCRAFT and LORIE CRAYCRAFT, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| vs. | : | CAUSE NO. 1:25-cv-1335-TWP-TAB |
| | : | |
| DELAWARE COUNTY SHERIFF'S DEPARTMENT, DELAWARE COUNTY COMMISSIONERS, SHERIFF TONY SKINNER, LT. STEVE WRIGHT, OFFICER BLAKE REYNOLDS, OFFICER ROBERT WYATT, and CPT. RICHMAN, | : | |
| | : | |
| Defendants. | : | |

**Plaintiffs, Steven Craycraft and Lorie Craycraft's Preliminary Witness and Exhibit List**

Come now the Plaintiffs, Steven Craycraft and Lorie Craycrafy, by counsel, Donald K. McClellan, McClellan & McClellan, and submit their Preliminary Witness and Exhibit List in connection with this matter as follows:

1.    Witnesses:

    A.    Steven Craycraft
          c/o Donald K. McClellan
          P.O. Box 105
          Muncie, Indiana 47308

          Will testify regarding the circumstances of his arrest by Defendant officers, including that the arrest occurred without probable cause, the absence of any criminal conduct, and the resulting emotional distress, humiliation, and harm suffered as a result of the wrongful arrest.

B.   Lorie Craycraft
     c/o Donald K. McClellan
     P.O. Box 105
     Muncie, Indiana 47308

     Will testify that she was unlawfully detained by Defendant officers while they
     conducted a search of her home without a warrant or lawful justification. She will
     describe the officers' actions, her lack of consent to the search, the fear and distress
     she experienced during the detention, and the ongoing emotional and personal harm
     resulting from the violation of her constitutional rights.

C.   Allie V Craycraft, III
     7100 W. Saint Andres Ave
     Yorktown, Indiana 47396

     Will testify that he witnessed the warrantless search of his mother's home. He will
     describe the officers' actions, the lack of consent or justification, and the emotional
     impact these events had on him and his family.

D.   Doug Walker, Star Press Editor
     345 N. High Street
     Muncie Indiana 47305

     Will testify regarding the articles he published about the Plaintiff's arrest and the
     search of the Plaintiff's home, including the sources of information used,
     communications with law enforcement, and the circumstances surrounding
     publication, and further, articles written throughout the Plaintiff's career.

E.   Jeff Arnold
     3110 Brenwick Lane
     Munce, Indiana 4704

      As the former prosecutor for the Indiana 46th Judicial Circuit, will testify regarding
     his review of the circumstances and evidence surrounding the Plaintiff's arrest. He
     will explain that, after evaluating the police reports, witness statements, and
     available evidence, there was insufficient factual or legal basis to establish probable
     cause for the arrest.

F.   Eric Hoffman
     c/o Delaware County Prosecutors Office
     3100 S. Tillotson Ave
     Muncie, Indiana 47302

     As the current prosecutor for the Indiana 46th Judicial Circuit, will testify regarding
     his review of the circumstances and evidence surrounding the Plaintiff's arrest. He
     will explain that, after evaluating the police reports, witness statements, and

2

available evidence, there was insufficient factual or legal basis to establish probable cause for the arrest. The witness will further testify about the standard procedures used by the prosecutor's office in assessing probable cause determinations, and will confirm that no formal charges were pursued against the Plaintiff as a result of the lack of supporting evidence.

G.    Sgt John Branson
      c/o Delaware County Sheriff's Department
      3100 S. Tillotson Ave
      Muncie, Indiana 47302

      Will testify that he advised Officer Robert Wyatt that he needed probable cause before arresting the Plaintiff and that the arrest proceeded despite that instruction.

H.    Sgt Kubiak
      c/o Delaware County Sheriff's Department
      3100 S. Tillotson Ave
      Muncie Indiana 4702

      Will testify regarding his role in the Plaintiff's arrest, the reasons claimed to justify the arrest, and the circumstances under which the arrest occurred, including the lack of a warrant. He will further testify about the recovered video that Smith tried to destroy.

I.    Brian Hart
      Briarwood Clinic
      3645 N. Briarwood Lane
      Muncie, Indiana 47304

      Will testify regarding treatment provided to the Plaintiff for emotional distress following the arrest and search, including observations of trauma, anxiety, and humiliation consistent with the psychological effects of wrongful arrest and loss of personal security.

J.    Louis Cady, M.D.
      Cady Wellness Institute
      4727 Rosebud Lane Suite F
      Newburgh, Indiana 47630

      Will testify regarding psychiatric evaluation and treatment of the Plaintiff following the arrest and search, including diagnosis of trauma-related anxiety and depression, prescription of medication, and the link between those conditions and the incident.

K.    Brent Hill, Minister
      Foursquare Church
      3101 S. Walnut Street

3

Muncie, Indiana 47302

Will testify regarding the pastoral counseling and emotional support provided to the Plaintiffs after the arrest and search, including observations of the Plaintiffs' distress, fear, and loss of confidence, as well as the spiritual and emotional impact of the incident.

L.  Edwin McVay
5509 S Walnut Street
Muncie, Indiana 47302

Will testify regarding observations of the Plaintiff's emotional and behavioral changes following the arrest and search, including distress, anxiety, and withdrawal, as well as the Plaintiff's demeanor and reputation prior to the incident.

M.  Keegan Frazee
500 N. Cook Road
Muncie, Indiana 47303

Will testify that he witnessed and recorded portions of the incident leading to the Plaintiff's arrest on his iPad, will authenticate the recordings, and will describe what he observed regarding the officers' conduct and the Plaintiff's behavior.

N.  Lt. Steve Wright
c/o Delaware County Sheriff's Department
3100 S. Tillotson Ave
Muncie, Indiana 47302

Will testify regarding his role in the Plaintiff's arrest, the reasons claimed to justify the arrest, and the circumstances under which the arrest and search occurred, including the lack of a warrant and lack of probable cause.

O.  Officer Robert Wyatt
c/o Delaware County Sheriff's Department
3100 S. Tillotson Ave
Muncie, Indiana 47302

Will testify regarding his role in the Plaintiff's arrest, the reasons claimed to justify the arrest, and the circumstances under which the arrest and search occurred, including the lack of a warrant and lack of probable cause.

P.  Cpt. Richman
c/o Delaware County Sheriff's Department
3100 S. Tillotson Ave
Muncie, Indiana 47302

4

Will testify regarding his role in the Plaintiff's arrest, the reasons claimed to justify the arrest, and the circumstances under which the arrest and search occurred, including the lack of a warrant and lack of probable cause.

Q.  Sheriff Tony Skinner
c/o Delaware County Sheriff's Department
3100 S. Tillotson Ave
Muncie, Indiana 47302

Will testify regarding departmental policies, supervision, and training related to arrests and searches, and oversight of the officers involved in the Plaintiff's arrest and the warrantless search of the home.

R.  Other Sheriff's Department staff not yet specifically identified.

S.  Any witnesses identified in Defendant's Initial Disclosures

T.  Any other witnesses who are revealed in the course of discovery will be immediately disclosed to all parties.

2.  Exhibits

A.  Police Reports;

B.  Video taken by Keegan Frazee of the Incident;

C.  Any and all video recordings from the incident, both the altered and unaltered;

D.  Any and all audio recordings;

E.  Any and all video recordings of interviews of witnesses;

F.  Any and all reports prepared by any employee of the County Sheriff's Department;

G.  Dr. Cady's Treatment Notes

H.  Brian Hart's Counseling notes

I.  Media Reports about the incident

J.  Any and all documents produced by the Defendants;

K.      Any and all relevant court records relating to Plaintiff

L.      Any and all relevant Sheriff's Department standard operating procedures or policies.

Respectfully Submitted,

Date: <u>11/13/2025</u>

<u>/s/ Donald K. McClellan</u>
Donald K. McClellan, #10045-18
400 N. High Street, Suite 200
Muncie, Indiana 47305
Tel:    (765) 288-7746
Email: don@mcclellanandmcclellan.com

Certificate of Service

I, the undersigned, swear and affirm under penalties of perjury that a copy of the above and forgoing has been served on the following counsel of record electronically on November 13th, 2025.

Justin M. Schaefer, Esq., #37277-22
Patrick A. Muldoon, Esq., #39173-10
BARNES MALONEY PLLC
401 W. Main Street, Suite 1600
Louisville, KY 40202
Tel. 502-625-1702
Fax 502-779-3566
jschaefer@sbmkylaw.com
pmuldoon@sbmkylaw.com

/s/ Donald K. McClellan
Donald K. McClellan, #10045-18

7