UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

*Electronically Filed*

| | | |
|---|---|---|
| STEVEN CRAYCRAFT<br>and LORIE CRAYCRAFT, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| vs. | : | CAUSE NO. 1:25-cv-1335-TWP-TAB |
| | : | |
| DELAWARE COUNTY SHERIFF'S | : | |
| DEPARTMENT, | : | |
| SHERIFF TONY SKINNER, | : | |
| LT. STEVE WRIGHT, | : | |
| OFFICER BLAKE REYNOLDS, | : | |
| OFFICER ROBERT WYATT, and | : | |
| CPT. RICHMAN, | : | |
| | : | |
| Defendants. | : | |

## DEFENDANTS' PRELIMINARY WITNESS LIST

Come Defendants, Delaware County Sheriff's Department, Sheriff Tony Skinner, Lt. Steve Wright, Officer Blake Reynolds, Officer Robert Wyatt, and Cpt. Richman, by Counsel, and pursuant to the Court's Case Management Plan, Dkt. 16, hereby submit the following Preliminary Witness List:

At this stage of this litigation, these Defendants cannot conclusively determine the names of all individuals likely to have information which may be used to support their claims or defenses as witnesses. Therefore, these Defendants specifically reserve the right to supplement or amend this list.

Notwithstanding the foregoing, these Defendants may call the following witnesses, other than witnesses who may be called solely for the purposes of impeachment or rebuttal:

1.      Plaintiffs, Steve Craycraft and Lorie Craycraft, are expected to have knowledge and information concerning the interaction with Brock Smith which is the subject of their Complaint, the law enforcement interactions which are the subject of their Complaint, the allegations of their Complaint, these Defendants' defenses, and their claimed damages.

2.      Lt. Steve Wright has knowledge and information concerning the law enforcement interactions which are the subject of Plaintiffs' Complaint, the allegations of Plaintiffs' Complaint, and these Defendants' defenses.

3.      Officer Blake Reynolds has knowledge and information concerning the law enforcement interactions which are the subject of Plaintiffs' Complaint, the allegations of Plaintiffs' Complaint, and these Defendants' defenses.

4.      Officer Robert Wyatt has knowledge and information concerning the law enforcement interactions which are the subject of Plaintiffs' Complaint, the allegations of Plaintiff's' Complaint, and these Defendants' defenses.

5.      Cpt. Richman has knowledge and information concerning the law enforcement interactions which are the subject of Plaintiffs' Complaint, the allegations of Plaintiffs' Complaint, and these Defendants' defenses.

6.      Delaware County Sheriff's Department, by and through its representatives, including, but not limited to, Sheriff Tony Skinner, has knowledge and information concerning the law enforcement interactions which are the subject of Plaintiffs' Complaint, the allegations of Plaintiffs' Complaint, and these Defendants' defenses.

7.      Brock Smith is expected to have knowledge and information concerning his interactions with Steve Craycraft, the allegations of Plaintiffs' Complaint, and these Defendants' defenses.

8. Amanda Smith is expected to have knowledge and information concerning Brock Smith's interactions with Steve Craycraft, the allegations of Plaintiffs' Complaint, and these Defendants' defenses.

9. Other individuals or entities who may have discoverable information or knowledge which these Defendants may use to support their defenses, include, but are not limited to"

    a. Individuals who witnessed the subject law enforcement interactions and/or the interactions between Brock Smith and Steve Craycraft;

    b. Individuals and entities who are listed in investigative reports concerning the subject law enforcement interactions;

    c. Plaintiffs' treating medical, healthcare, and/or mental health providers; and

    d. Plaintiffs' employers.

10. Any individuals identified in the parties' Fed.R.Civ.P. 26(a)(1)(A) Initial Disclosures.

11. Any and all witnesses identified in the parties' Preliminary Witness Lists.

12. Any individuals identified in the parties' discovery responses.

13. Any individuals identified in depositions taken during this litigation.

14. Any individuals identified in any record pertinent to this litigation.

15. All persons necessary to identify and authenticate records in this litigation.

16. Any and all witnesses called or subpoenaed to testify in this matter.

17. Any and all expert witnesses not yet identified.

18. All witnesses designated as experts in this matter.

19. Any and all witnesses subsequently identified.

20. Any witnesses necessary for rebuttal and impeachment.

Respectfully Submitted,

*/s/ Justin M. Schaefer*

Justin M. Schaefer, Esq., #37277-22
Patrick A. Muldoon, Esq., #39173-10
BARNES MALONEY PLLC
401 W. Main Street, Suite 1600
Louisville, KY 40202
Tel. 502-625-1702
Fax 502-779-3566
jschaefer@sbmkylaw.com
pmuldoon@sbmkylaw.com
*Counsel for Defendants,*
*Delaware County Sheriff's Department,*
*Sheriff Tony Skinner, Lt. Steve Wright,*
*Officer Blake Reynolds, Officer Robert*
*Wyatt, and Cpt. Richman*

## CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of November, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send electronic notice to the following Counsel of record:

Donald K. McClellan, Esq., #10045-18
McClellan & McClellan
400 N. High Street, Suite 200
Muncie, Indiana 47305
don@mcclellanandmcclellan.com
*Counsel for Plaintiffs*

*/s/ Justin M. Schaefer*

BARNES MALONEY PLLC